# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 21 2014
CLERK, U.S. DISTRICT COURT
By ____ Deputy

MOTION UNDER 28 U.S.C. SECTION 2255,
TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A
PERSON IN FEDERAL CUSTODY

UNITED STATES OF AMERICA

Pollock Medium
PLACE OF CONFINEMENT

vs.

39118-177
PRISONER ID NUMBER

John Reginald Holt
MOVANT (full name of movant)

4:09-CR-115-A
CRIMINAL CASE NUMBER

(If a movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

---

## INSTRUCTIONS - READ CAREFULLY

1. This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

2. Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities needs to be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

3. Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

4. If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute the declaration provided with this motion, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

5. Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

6. Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

7. When the motion is fully completed, <u>the original and two copies</u> must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office whose address is:

<u>Abilene Division</u>
P.O. Box 1218
Abilene, TX 79604

<u>Amarillo Division</u>
205 E. 5th St, Rm 133
Amarillo, TX 79101

<u>Dallas Division</u>
1100 Commerce, Rm 1452
Dallas, TX 75242

<u>Fort Worth Division</u>
501 W. 10th St, Rm 310
Fort Worth, TX 76102

<u>Lubbock Division</u>
1205 Texas Ave., Rm 209
Lubbock, TX 79401

<u>San Angelo Division</u>
33 East Twohig St, Rm 202
San Angelo, TX 76903

<u>Wichita Falls Division</u>
P.O. Box 1234
Wichita Falls, TX 76307

8. Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

# MOTION

1. Name and location of court that entered the judgment of conviction you are challenging:

United States District Court For the Northern district of Texas Fort Worth Division

2. Date of the judgment of conviction:

1-14-2010 guilty As To Count 1 of the Indictment

3. Length of sentence: 360 months

4. Nature of offense involved (all counts):

Conspiracy To distribute and possess with Intent To distribute more than 500 grams of Methamphetamine

5. (a) What was your plea? (Check one)

Not guilty ☑ Guilty ☐ Nolo contendere (no contest) ☐

(b) If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or or indictment, what did you plead guilty to and what did you plead not guilty to?

6. If you went to trial, what kind of trial did you have? (Check one) Jury ☑ Judge Only ☐

7. Did you testify at the trial? (Check one) Yes ☐ No ☑

8. Did you appeal from the judgment of conviction? (Check one) Yes ☐ No ☑

9. If you did appeal, answer the following:

Name of Court: ______

Result: ______

Date of result: ______

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any federal court?

Yes ☐ No ☑

11. If your answer to 10 was "Yes" give the following information:

Name of Court: ______

Nature of proceeding:

Grounds raised:

Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☐

Result: ______

Date of result: ______

As to any *second* petition, application or motion, give the same information:

Name of Court: ______

Nature of proceeding:

Grounds raised:

Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☐

Result: ______

Date of result: ______

As to any *third* petition, application or motion, give the same information:

Name of Court: ______________________________

Nature of proceeding:

Grounds raised:

Did you receive an evidentiary hearing on your petition, application or motion?

Yes ☐ No ☐

Result: ______________________________

Date of result: ______________________________

Did you appeal to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?

| | | |
|---|---|---|
| First petition, etc. | Yes ☐ | No ☐ |
| Second petition, etc. | Yes ☐ | No ☐ |
| Third petition, etc. | Yes ☐ | No ☐ |

If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

**CAUTION:** If you fail to set forth all grounds in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed. However, you should raise in this petition all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

DO NOT CHECK ANY OF THESE LISTED GROUNDS. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right to appeal.

A. Ground One:

Violated my Rights To the presumption of Innocence

Supporting FACTS (tell your story briefly without citing cases or law):

Told Jury At closing statement That I was not Innocent

B. Ground Two:

Gave me Gross Misadvice

Supporting FACTS (tell your story briefly without citing cases or law):

Told me To Accept The PSI or The prosecuter was going To put another Count on me

C. Ground Three:

Allowed Prosicutional Misconduct

Supporting FACTS (tell your story briefly without citing cases or law):

Didnt Speak To the Judge of the procuters Bully Tactic.

D. Ground Four:

FAilure To RAise Any grounds that came up During Trial

Supporting FACTS (tell your story briefly without citing cases or law):

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?

Yes ☐ No ☑

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing:

Mr Andrew OTTAWAY Attorney At LAw
301 S. Morgan P.O. Box 1679 ~~Granbur~~ Granbury Tx 76048
817-573-7825

(b) At arraignment and plea:

Same

(c) At trial:

Same

(d) At sentencing:

Same

(e) On appeal

Same

(f) In any post-conviction proceeding:

No postconviction proceeding

(g) On appeal from any adverse ruling in a post-conviction proceeding:

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?

Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?

Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future:

(b) And give date and length of sentence to be served in the future:

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?

Yes ☐ No ☐

Wherefore, movant prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

[signature]
Signature

Firm Name (if any)
FCI Pollock

Address P.O. Box 4050

City, State & Zip Code
Pollock LA 71467

Telephone (including area code)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct. Executed on Feb-12-2014 (date).

Dear Sir

I don't know what I am doing. This is my last chance. I need a professional To go over my Case. I have no money, And I would like the Court to appoint somebody To help me with this 2255 motion In the mean Time I would like To Ask For an Extension until I hear From the Court To see if They will help me.

Sincerly

John R Holt

Plese get back To me

~~Un~~ Unable To make Copies because of Lock Down,
will send 2 more ~~Copp~~ Copies as soon as possible

Sincerly

[signature]

John R. Holt #39118-177
Federal Correctional Institute
P.O. Box 4050
Pollock LA 71467

FEB 19 2014

FEB 19 2014

Clerk of the District Court of the United States
Northern District of Texas
Fort Worth Division
501 W. 10th St. Rm 310
Fort Worth, Tx 76102